Prob12B
D/NV Form
Rev. Mar. 2007

# United States District Court

for

the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 18, 2013**

**Name of Offender:**   CHRISTOPHER SHAWN TURNER

Case Number:   2:13-cr-228-KJD-CWH

Name of Sentencing Judicial Officer:   Honorable Edward Rafeedie, Central District of California

Date of Original Sentence:   August 6, 2001

Original Offense:   Conspiracy to Commit Bank Robbery. Armed Bank Robbery. Brandishing a Firearm During a Crime of Violence.

Original Sentence:   154 Months Custody. Three Years Supervised Release

Date Supervision Commenced:   May 18, 2012

Date Jurisdiction Transferred to District of Nevada:   June 19, 2013

Name of Assigned Judicial Officer:   Honorable Kent J. Dawson

**PETITIONING THE COURT**

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **You shall submit your person, property, residence, place of business and vehicle under your control to a search, conducted by the United States probation officer or any authorized person under the immediate and personal supervision of the probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.**

Prob12B
D/NV Form
Rev. Mar. 2007

**RE: CHRISTOPHER SHAWN TURNER**

**CAUSE**

Due to the nature of the instant offense, coupled with Mr. Turner's criminal history involving firearms, he was approached with a waiver of a hearing to modify his conditions of supervision to include warrantless search. He was educated the reasoning of this special condition, in which Mr. Turner voiced no objection.

On July 17, 2013, Mr. Turner signed a waiver of a hearing in agreement to modify the conditions of his supervision to include warrantless search. It is respectfully requested this condition be added to Mr. Turner's special conditions of supervision, in order to provide the probation office with the necessary tools to adequately supervise Mr. Turner.

The undersigned probation officer will be available at the Court's convenience should there be any questions or concerns.

Respectfully submitted,

JEFFREY K. SHORT
United States Probation Officer

APPROVED: TODD J. FREDLUND, Supervising
United States Probation Officer

*THE COURT ORDERS:*

_____ No action

_____ The extension of supervision as noted above

__KJD__ The modification of conditions as noted above

_____ Other

Signature of Judicial Officer

7/19/13
Date